# EXHIBIT 4

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

C.A. NO. 14-440-S


*****************************

ALIFAX HOLDING SPA,                *

        PLAINTIFFS      *

v.                                 *

ALCOR SCIENTIFIC INC.,             *

FRANCESCO FRAPPA,                  *

        DEFENDANTS      *

*****************************


VIDEOTAPED DEPOSITION OF:  CARLO RUGGERI

PIERCE ATWOOD LLP

72 Pine Street, 5th Floor

Providence, Rhode Island

July 11, 2017      9:36 a.m.




Pauline L. Bailey

Professional Court Reporter

Ruggeri, Carlo                                           July 11, 2017

59

          MR. SCOTT:  Objection to form.
     Misstates the document.

     A.    I cannot tell you that that was my
expectation.  My expectation was different.

     Q.    (By Mr. Stier)  What was your
expectation?

     A.    My expectation is was I have to have
a system that I can launch at the ACC (sic.)

     Q.    Why was it important to have a system
that you could launch at the AACC?

     A.    Because ACC is the -- ACC is the main
show of the trade.  And I could not target ACC of
2010.  So the next best thing is 2011.

     Q.    Okay.  So the focus was on getting a
product ready to launch at the American Association
of Clinical Chemistry show?

     A.    Right.

          MR. SCOTT:  Objection to form, the
     word launch.

     Q.    (By Mr. Stier)  They have a -- or
introduce.

     A.    To present.

          MR. SCOTT:  Same objection.

     Q.    (By Mr. Stier)  To present.  Okay.
And that's the time when companies in the industry