# EXHIBIT 5

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

C.A. NO. 14-440-S


*****************************

ALIFAX HOLDING SPA,                 *

          PLAINTIFF        *

v.                                  *

ALCOR SCIENTIFIC INC., and          *

FRANCESCO A. FRAPPA,                *

          DEFENDANTS       *

*****************************


VIDEOTAPED DEPOSITION OF:  PETER SACCHETTI

PIERCE ATWOOD LLP

72 Pine Street, 5th Floor

Providence, Rhode Island

July 10, 2017     10:09 a.m.




Pauline L. Bailey

Professional Court Reporter

Sacchetti, Peter                                                July 10, 2017

156

A.    No.

Q.    No?

A.    How familiar?

Q.    Well, it was your responsibility to make sure that the prototype was working so that it could be used at the product launch; isn't that true?

A.    **To some extent, yes.  I was involved in some of the testing.**

Q.    When you say some of the testing, what do you mean?

A.    **Some of the aspects of the software development in terms of proving functionality.**

Q.    This is leading up to the mid-July 2012 launch when the product was first introduced to the market?

A.    **Yeah, I'm -- my recollection of that date is very limited.**

Q.    Okay.  But -- but you know there was a time when the product was launched.  It was at a meeting and it was a big deal for the company, wasn't it?

          MR. SCOTT:  Objection to form.

A.    **I don't recall.  I was not -- I was not at that meeting, so I can't say how big a deal**

Sacchetti, Peter                                                            July 10, 2017

157

it was.

Q.    (By Mr. Stier)  Did you ever hear any response to the product launch that came from the meeting?

A.    I heard there was a lot of interest.

Q.    Okay.  So -- and clearly that was a deadline that was important for the company to meet, right?

MR. SCOTT:  Objection to form.

A.    Again, I don't know how important it was.

Q.    (By Mr. Stier)  Did you consider it important to be able to meet the deadline?

MR. SCOTT:  Objection to form.

A.    I had no opinion either way.

Q.    (By Mr. Stier)  Mr. Ruggeri did, didn't he?

A.    He did.

Q.    Okay.  And he considered it important to meet the deadline?

A.    Yeah.  And if it was important to him, then it was important to me.

Q.    Okay.

A.    Whenever he told me it was important.