# EXHIBIT 6

# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

ALIFAX HOLDING SPA,

        Plaintiff,

                                C.A. No. 14-440-S

      v.

ALCOR SCIENTIFIC INC. and
FRANCESCO A. FRAPPA,

        Defendants.

### SUPPLEMENTAL EXPERT REPORT OF BRYAN BERGERON, M.D.

I, Bryan Bergeron, declare under penalties of perjury:

1. I have been retained as an expert witness by Pierce Atwood LLP in this action. Among my activities in the case, I have examined Alcor source code to try to understand what code has been included in the instruments sold by Alcor.

2. To investigate these facts, I reviewed the information in Alcor Ex. 2 and the testimony from Alcor's witness about this exhibit. Some information on the first page of that exhibit was obviously incorrect. █████████████████████████████████████ █████████████████████████████████████████████████████████ █████████████████████████████████████████████████████

3. On January 23, 2019, I was permitted to inspect Alcor source code and BitBucket files at the offices of Alcor's lawyers. ███████████████████████████████ ███████████████████████████████████████████████████████████ █████████████████████ The documents are stamped Alcor-0092246-2440. ████████ █████████████████████████████████████████

4. The basic form of the conversion algorithm is summarized in the following table,



HIGHLY CONFIDENTIAL          1          OUTSIDE COUNSEL ONLY

6.    I have also reviewed device history records recently produced by Alcor for iSED instruments with serial numbers 00007-13, 17, 18, 22 and 25.  Alcor-0092441-731.

7.    These records provide information about the software version on the instruments at the time of manufacture. ██████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████



8.    Instruments 9-12 were manufactured in February or March, 2013.  All four were sold on March 28, 2013. ███████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████
██████████████████████████████████████████████

9.    ████████████████████████████████████████████████████████
█████████████████████████████████████████████

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 8, 2019.

Bryan Bergeron, M.D.

HIGHLY CONFIDENTIAL

OUTSIDE COUNSEL ONLY