## UNITED STATES DISTRICT COURT
### DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALIFAX HOLDING SPA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 14-440-S |
| v. | : | |
| | : | |
| ALCOR SCIENTIFIC INC. and | : | |
| FRANCESCO A. FRAPPA, | : | |
| | : | |
| Defendants. | : | |

### JOINT MOTION FOR ENTRY OF FINAL JUDGMENT

In accordance with the Court's Order dated February 28, 2022, plaintiff Alifax Holding

SpA ("Alifax") and defendants Alcor Scientific Inc. ("Alcor") and Francesco A. Frappa

("Frappa") move pursuant to Fed. R. Civ. P. 58 for entry of final judgment relating to all claims

and counterclaims asserted in this action consistent with the prior rulings of this Court.  The

Parties have expressly reserved their rights to appeal from this Judgment as well as any and all

rulings, orders and judgments of this Court, past or prospective.

In accordance with LR Gen. 306(c), the parties will "submit a copy of a proposed order

and judgment to the Clerk's office by e-mail in word processing format."


Dated:  March 25, 2022

14789182.1

Respectfully submitted,

ALIFAX HOLDING SPA, and
SIRE ANALYTICAL SYSTEMS SRL

By their Attorneys,


/s/ Michael J. Daly
Michael J. Daly (#6729)
PIERCE ATWOOD LLP
1 Financial Plaza, 26th Floor
Providence, RI 02903
(401) 558-5113 Phone
(401) 588-5166 Fax
mdaly@pierceatwood.com


Robert H. Stier, Jr. (*Pro Hac Vice*)
245 Commercial Street
Portland, ME 04101
(207) 791-1100 Phone
(207) 791-1350 Fax
rstier@pierceatwood.com

Respectfully submitted,

ALCOR SCIENTIFIC INC. and
FRANCESCO A. FRAPPA

By their Attorneys,


/s/ Craig M. Scott
Craig M. Scott, Esq. (#4237)
Christine K. Bush, Esq. (#5587)
HINCKLEY, ALLEN & SNYDER
LLP
100 Westminster Street, Suite 1500
Providence, RI 02903
Tel: (401) 274-2000
Fax (401) 277-9600
cscott@hinckleyallen.com
cbush@hinckleyallen.com

14789182.1