# EXHIBIT A

**Alifax Trial Exhibits**

| Ex. No. | Description | Reference No. |
|---|---|---|
| 11 | MATHT1.c | Spezzotti Depo. Ex. 19 |
| 18 | Software Development Plan No. OMS-015 Rev. B | ALCOR-0087165 |
| 21 | Diagnostic-Hospitex Product Development Agreement | Sacchetti Depo. Ex. 02 / ALCOR-0079363 |
| 22 | SIRE Organization Chart | ALFX025647 |
| 24 | Ruggeri 2010 spreadsheet | Ruggeri Depo. Ex. 01 / ALCOR-0078557 |
| 25 | Email from Sacchetti to Ruggeri | ALCOR-0072785 |
| 39 | Email announcing Frappa VP R&D | Sacchetti Depo. Ex.0 3 / ALCOR-0079650 |
| 40 | Email from Sacchetti to Frappa | Sacchetti Depo. Ex. 04 / ALCOR-0079377 |
| 41 | Email from Frappa to Ruggeri & Sacchetti | Sacchetti Depo. Ex. 05 / ALCOR-0080090 |
| 42 | Memo re Preliminary considerations about ESR from aggregation | Sacchetti Depo. Ex. 06 / ALCOR-0080091 |
| 56 | Email from Frappa to Ruggeri | ALCOR-0083429 |
| 57 | Frappa H1-B Application | Ruggeri Depo. Ex. 04 / ALCOR-001175 |
| 59 | Draft letter from Ruggeri re: H1-B Visa Application | Ruggeri Depo. Ex. 05 / ALCOR-0080188 |
| 61 | Email from Genga to Ruggeri, Sacchetti | ACELA0002007 |
| 62 | Frappa-Alcor Agreement | Ruggeri Depo. Ex. 14 / ALCOR-001173 |
| 65 | Source Code bitbucket15 | Alcor Depo. Ex. 07 / ALCOR-0091663 |
| 67 | Email from Frappa to Kertesz | Sacchetti Depo. Ex. 28 / ALCOR-0079930 |
| 68 | Email from Ecker to Ruggeri et al. | Ruggeri Depo. Ex. 08 / ALCOR-0079570 |
| 69 | Email from Houle to Frappa | ALCOR-0079424 |
| 72 | Email from Frappa to Genga, Ruggeri et al. | ACELA0002171 |
| 73 | ISED.m4v | ACELA0002172 |
| 74 | 2012 Iris Book | ALFX009003 |
| 75 | 2012 Iris Roller 20 PN sales aid | ALFX009053 |
| 76 | 2012 Iris Test 1 sales aid | ALFX009055 |
| 77 | iSED Flyer Alcor 21 | ALCOR-0057126 |
| 78 | Email from Ecker to Alcor re AACC | Alcor Depo. Ex. 23 / ACELA0002178 |
| 79 | Photo from AACC | ACELA0002179 |
| 80 | Email from Frappa to Ruggeri | Ruggeri Depo. Ex. 09 / ALCOR-0083776 |

1

| Ex. No. | Description | Reference No. |
|---|---|---|
| 82 | Email from Ecker to Worral et al. | Alcor Depo. Ex. 24 ALCOR-0079575 |
| 83 | Email attachment | Alcor Depo. Ex. 25 / ALCOR-0079577 |
| 84 | Email from Ecker to Frappa | Alcor Depo. Ex. 27 / ALCOR-0079574 |
| 86 | Acela Proposal re: iSED Blood Analyzer Development Program | Alcor Depo. Ex. 28 / ACELA0002267 |
| 87 | Spreadsheet Business Plan Tasks.xls | ALCOR-0091022 |
| 89 | Westergren iSED comparison study | ALCOR-0073933 |
| 91 | Source Code bitbucket16 | Frappa Depo. Ex. 12 / ALCOR-0091668 |
| 92 | iSED Automated ESR Analyzer Correlation Test Protocol | Sacchetti Depo. Ex. 21 / ALCOR-0091398 |
| 93 | Clinical Services Agreement | ALCOR-0073301 |
| 94 | Email from Sacchetti to Ruggeri | ALCOR-0073751 |
| 101 | Source Code bitbucket38 | Frappa Depo. Ex. 03 / ALCOR-0091893 |
| 102 | Letter from Diagnostic Laboratory Medicine | Rossetto Depo. Ex. 32 ALFX001328 |
| 104 | Spreadsheet RIH_curve_cmp.xlsx | Alcor Depo. Ex. 05 / ALCOR-0091905 |
| 105 | Source Code bitbucket20 | Alcor Depo. Ex. 11 / ALCOR-0091778 |
| 114 | Email from Sacchetti to Buck et al. | ALCOR-0072692 |
| 116 | Email from Sacchetti to Fijalkowska | Sacchetti Depo. Ex. 20 / ALCOR-0091470 |
| 122 | iSED ESR Analyzer Conversion algorithm description | Sacchetti Depo. Ex. 27 / ALCOR-0091447 |
| 123 | Email from Sacchetti to Pettis et al. | ALCOR-0075211 |
| 125 | Report by Sandra White, with attachments | ALCOR-057312 |
| 130 | Spreadsheet Market Size.xlsx | ALCOR-0060227 |
| 131 | Memo re Potential Investment in Alcor | Ruggeri Depo. Ex. 12 / ALCOR-0060217 |
| 132 | ALCOR supplementary information | Ruggeri Depo. Ex. 13 / ALCOR-0058557 |
| 137 | Alcor instrument list | Alcor Depo Ex. 02 / ALCOR-0092093 |
| 138 | Alcor instrument list | Alcor Depo. Ex. 03 |
| 139 | Alcor instrument sales | Alcor Depo. Ex. 04 / ALCOR-021520 |
| 143 | 00009-Manuf- iSED Device History Record.xlsm | ALCOR-0092486 |
| 144 | 00010-Manuf- iSED Device History Record.xlsm | ALCOR-0092518 |
| 145 | 00011-Manuf- iSED Device History Record.xlsm | ALCOR-0092543 |

2

| Ex. No. | Description | Reference No. |
|---|---|---|
| 146 | 00012-Manuf- iSED Device History Record.xlsm | ALCOR-0092584 |
| 156 | ALCOR source code: ISED_MATH.c | ALCOR-0092335 |
| 157 | ALCOR source code: ISED_MATH.c | ALCOR-0092351 |
| 158 | ALCOR source code: ISED_MATH.c | ALCOR-0092367 |
| 159 | ALCOR source code: ISED_MATH.c | ALCOR-0092358 |
| 160 | ALCOR source code: ISED_MATH.c | ALCOR-0092375 |
| 161 | ALCOR source code: ISED_MATH.c | ALCOR-0092382 |
| 162 | ALCOR source code: ISED_MATH.c | ALCOR-0092335 |
| 167 | Groton Supplementary Information Memorandum | ALCOR-0059370 |
| 168 | FY2011 Actual thru FY2020 Projections | ALCOR-0060022 |
| 197 | Rhode Island Hospital Report | |
| 200 | iSED Family Brochure | |
| 414 | 12/31/12 Frappa Email with Fatima Comparisons | ALCOR-0080196 |
| 415 | 1/2/13 Frappa Email Attaching Fatima iSED-WG Comparisons | ALCOR-0080193 |
| 416 | 1/17/13 Fatima Hospital Data | ALCOR-0092086 |
| 425 | Testing Protocol dated 11/15/13 | ALCOR-0073870 |