# EXHIBIT B

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| ALIFAX HOLDING SPA,<br><br>       Plaintiff,<br><br>v.<br><br>ALCOR SCIENTIFIC INC. and<br>FRANCESCO A. FRAPPA,<br><br>       Defendants. | C.A. No. 14-440-MSM |

**PLAINTIFF ALIFAX HOLDING SPA'S PROPOSED QUESTIONS FOR THE VOIR
DIRE EXAMINATION OF THE JURY**

Plaintiff Alifax Holding SpA ("Alifax") provides the following list of proposed questions

for the voir dire examination of the jury.

1.      What city do you live in?

      A.  How long have you lived there?

      B.  Do you rent or own?

2.      What is the highest level of education you have completed?

      A.     If you attended college, what was your field of study?

3.      What is your current occupation?

      A.     Who is your current employer?

      B.     How long have you been at that employer?

      C.     In your job, do you supervise other people?

4.      What is your current marital status?

5.      What is your spouse or partner's occupation?

6.      Have you or your spouse ever owned a business?

       A.       If yes, what type of business?

7.      Do you have children?

       A.       If yes, what are their ages?

       If you have adult children, what are their occupations?

8.      Have you, your spouse, or any of your children ever served in the military?

       A.       If yes, which branch?

       What years did you serve?

9.      Have you, your spouse, or any of your children ever lived abroad/outside of the U.S.?

       A.       If so, where?

       B.       When and for how long?

10.      Do you know what an erythrocyte sedimentation rate, or ESR, or "sed rate" is?

11.      Have you ever worked in, or had training in, blood testing, medical diagnostics or medicine?

12.      Have you ever worked in, or had training in, instrument design?

13.      Have you ever worked in, or had training in, the programming of computer software or firmware?

14.      Has a close friend or relative ever worked in, or had training in, blood testing, medical diagnostics, medicine, instrument design or computer programming?

15.      Do you, or does a close friend or relative, have any knowledge about or experience with intellectual property or intellectual property law?

16.      Do you believe it would be wrong for someone to profit from his or her invention or discovery?

17.      Do you have any negative impressions or opinions about someone who made an invention or discovery suing for monetary damages in the event that someone else misappropriates or steals that invention or discovery?

18.   Have you ever been on a jury?

    A.   If yes, was it a criminal or civil case?

    B.   Were you the foreperson?

    C.   Is there anything about your experience that would make it difficult for you to sit on this jury?

19.   Have you ever filed a lawsuit or been a plaintiff in a lawsuit?

    A.   If yes, what was the case about?

    B.   Were you satisfied with the outcome?

20.   Have you ever had a close friend or relative that was a plaintiff in a lawsuit?

    A.   If yes, what was the case about?

    B.   Were they satisfied with the outcome?

21.   Have you ever been sued or been the defendant in the lawsuit?

    A.   If yes, what was the case about?

    B.   Were you satisfied with the outcome?

22.   Have you ever heard of any of the following?

    A.   Alcor Scientific Inc.

    B.   Vega Biomedical

    C.   OST

    D.   Alifax Holding SpA

    E.   Sire Analytical Systems

    F.   Acela Design

23.   Do you have any negative experiences or biases against any of those companies mentioned above?

    A.   If yes, please explain.

1

24. [Introduce the lawyers and witnesses]. Do you know any of the lawyers or any of the following individuals?

    A.    Bryan Bergeron

    B.    Francesco A. Frappa

    C.    Paolo Galiano

    D.    Manuela Rossetto

    E.    Carlo Ruggeri

    F.    Karla Ruggeri

    G.    Peter Sacchetti

    H.    Giovanni Batista Duic

    I.    Ronen Arad

    J.    Jim Post

    K.    Aaron Erlandson

25. Do you or do any members of your immediate family speak or read or understand the Italian language?

26. In a lawsuit between an Italian company and an American company, would you have any tendency to favor the American company?

27. Is there any reason that you could not be fair and impartial to parties or witnesses that are from Italy?

28. Do you have any physical condition that might affect your ability to serve as a juror in this trial?

29. Is there anything that you would like the attorneys, court staff, or Judge to know about you that might affect your ability to be a fair and impartial juror in this case?

Date: January 17, 2025           Respectfully submitted,

                          */s/Joshua A. Friedman*
                          Michael J. Daly (#6729)

Pierce Atwood LLP
One Financial Plaza, 26th Floor
Providence, RI 02903
Tel: (401) 588-5113
Fax: (401) 588-5166

Todd R. Tucker (*Admitted Pro Hac Vice*)
ttucker@calfee.com
Joshua A. Friedman (*Admitted Pro Hac Vice*)
jfriedman@calfee.com
CALFEE, HALTER & GRISWOLD LLP
The Calfee Building
1405 East Sixth Street
Cleveland, OH 44114-1607
Tel: (216) 622-8200
Fax: (216) 241-0816

*Attorneys for Plaintiff Alifax Holding S.p.A.*

3

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed through the ECF system on the 17th day of January 2025 and will be sent electronically to the registered participants identified on the Notice of Electronic Filing.

/s/Joshua A. Friedman
One of the Attorneys for Plaintiff

4