# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

ALIFAX HOLDING SPA,

       Plaintiff,

    v.

ALCOR SCIENTIFIC INC. and
FRANCESCO A. FRAPPA,

       Defendants.

C.A. No. 14-440-S

## SUPPLEMENTAL REBUTTAL EXPERT REPORT OF DANIEL SMITH

## HIGHLY CONFIDENTIAL –SOURCE CODE

HIGHLY CONFIDENTIAL –SOURCE CODE

```
Source  ∨        default  ∨        2d8cb21  ∨     Full commit

  ised-4 / iSED_MATH.c
162     }
163         dummyInt = sampleRecordPtr->curveParam.integral;
164         dummyInt/=1000;
165         dummyInt-=3;
166         dummyInt *= reactor.param.cell.gain;    // correction multiplicatoin
167
168         dummyEsr=pow(dummyInt,4);
169         dummyEsr*=-0.000772277392018793;
170         sampleRecordPtr->ESR=(float)dummyEsr;
171         dummyEsr=pow(dummyInt,3);
172         dummyEsr*=0.0057032127179717;
173         sampleRecordPtr->ESR+=(float)dummyEsr;
174         dummyEsr=pow(dummyInt,2);
175         dummyEsr*=0.0181902461531376;
176         sampleRecordPtr->ESR+=(float)dummyEsr;
177         dummyEsr=dummyInt;
178         dummyEsr*=-0.0390474833922134;
179         sampleRecordPtr->ESR+=(float)dummyEsr;
180         sampleRecordPtr->ESR+=2.24386478137867;
181
```

*Figure 5: Commit 2d8cb21 of Alcor's iSED_MATH.C, showing high-precision 4th degree polynomial calculation*

46.    By the time of commit "4d6b4f0" on March 28, 2013, the ESR calculation (lines 251-268) had changed again, yet retained its complex 4th degree polynomial calculation.

47.    My understanding from discussions with Mr. Frappa is that during the period in early 2013 when Alcor's ESR calculation algorithm was being independently developed, the company was collecting more data (blood samples) and analyzing it. Alcor was seeking to improve and optimize its algorithm such that the readings obtained from its electro-mechanical sampling system could be transformed into an accurate and meaningful ESR value that correlated meaningfully with the industry's well-known Westergren values.

48.    At my direction, a spreadsheet was prepared using the blood sample data collected from Rhode Island Hospital in June 2013 through which the iSED generated integrals corresponding to measurements of red blood cell aggregation.   [ALCOR-0091905] The information in this spreadsheet informed my opinion in this report in at least two different ways.

49.    First of all, the spreadsheet indicates that Alcor was collecting data and was using

HIGHLY CONFIDENTIAL – SOURCE CODE

the data to drive the refinements and improvements to its ESR calculation. Specifically, the spreadsheet shows 161 samples, along with the classic Westergren value for each blood sample in column G and the Alcor integral in column B. This methodology of collecting data to drive algorithm development is consistent with my experience in engineering research and development where data is acquired (the "inputs" to a calculation) and the desired outputs are known (in this case, the actual measured Westergren value). The engineering task is to arrive at an algorithm (or "calculation," or "formula") that is applied to each input and yields a sufficiently accurate output value which is consistent with the desired result (in this case, the Westergren value).

50.    Microsoft Excel provides data analysis tools that can analyze a set of inputs alongside the desired output for each of the inputs, and yield a formula (with calculated coefficients) that performs a best-effort fit to the data.

51.    The most common way this is done in Excel is with the tool's "Trendline" feature, which offers a wide choice of formula types (e.g. power function, polynomial of arbitrary degree, exponential, etc.). Using Excel's Trendline functionality, a user can select different formula types, letting Excel calculate the coefficients, and then the user can observe how closely the tool's derived formula and calculated values match the desired results.[13] Excel's Trendline is commonly used, and Alcor used it to generate its integral to ESR conversion indices, starting with pre-release versions of Alcor software version 1.04A.

52.    The second manner in which the spreadsheet informed my opinion is that it demonstrates, both quantitatively and qualitatively, how the Alifax conversion algorithm yields diagnostically meaningless ESR values when applied to sensor measurements from the Alcor system.

53.    This spreadsheet contains columns for the Alcor integral (column B), Alcor's iSED ESR calculation based on the calculation algorithm in commit 3741ffe dated January 28,

---

[13] This can be done visually (qualitatively) by observing the graphed trendline in Excel, and quantitatively by the R-squared value calculated by Excel. The closer the R-squared value is to 1.00, the better the fit.

**HIGHLY CONFIDENTIAL –SOURCE CODE**

2013 (column E), and an ESR calculation based on Alifax's ESR asserted indices (column I).

54.     In analyzing the data, including the Westergren ESR calculation, the Alcor ESR calculation, and the Alifax ESR calculation,[14] I determined:

- The range of the Westergren ESR values was 1 to 126.
- The range of the ESR values calculated with the Alcor coefficients was 3 to 130.
- The range of the ESR values calculated with the Alifax indices was 22 to 4,715.
- I am informed that Westergren ESR values are expected to be in the range 0-180.  The vast majority of the ESR values calculated using the Alifax conversion algorithm were greater than 180.

55.     First, I graphed the data for the ESR calculations using both the Alcor integrals and the Alcor indices.  In an ideal world, the ESR estimates would align very closely with the Westergren values.  In this case, the measurements would lie on a graph very close to a line indicating a ratio of 1:1.  Also, ideally, measurements would be "above the line" and "below the line" in approximately equal proportions.  The graph for the Alcor ESR values versus the Westergren values is as follows:



*Figure 6: Alcor vs. Westergren values using Alcor calculation from January 28, 2013*

---

[14] Here I mean "Alifax conversion formula applied to Alcor integral alues."

15

HIGHLY CONFIDENTIAL –SOURCE CODE

56.     In the graph, the blue dots (labeled "Series 1") represent the Alcor value on the X axis, and the Westergren values on the Y axis.  If the values were always identical, the blue dots would all lie on the grey line.  The graph shows that some Alcor values are higher than Westergren, some are lower, and that generally speaking the trend is that as the Alcor value increases, so does the Westergren value.

57.     Next I graphed the data using the Alcor integrals and the Alifax ESR indices versus the Westergren values, with results as follows :



*Figure 7: Alifax vs. Westergren values using Alifax conversion algorithm (Duic declaration, Alcor integral)*

58.     The grey line in Figure 7 represents a 1-to-1 relationship between the Westergren ESR value (Y axis) and the ESR value calculated using the Alcor integrals and Alifax indices (X axis).  The blue dots ("Series 1") represent the actual value calculated using the Alifax indices on the X axis and the calculated Westergren ESR value on the Y axis.  Just as with the previous figure, the closer the blue dots lie to the grey line, the better the formula.  Clearly, the Alifax calculation diverges from the grey line, indicating the Alifax indices, using data from an Alcor ESR instrument, provides diagnostically meaningless results.

HIGHLY CONFIDENTIAL – SOURCE CODE

59.    The changes to Alcor's conversion indices in late 2012 and early 2013 are consistent with an engineering process of data collection and curve-fitting using a tool like Excel's Trendline functionality.  Over a period of several months, Alcor's ESR conversion indices evolved to use different formulas (e.g. different polynomial degrees) and different coefficients (or "indices") as the coefficients used with the algorithm were refined and improved.

60.    These results demonstrate that the indices used by Alifax in 2011 would not produce accurate, meaningful readings in Alcor's iSED instruments, and contradict Dr. Bergeron's opinion that Alifax indices were used in a saleable iSED device.

61.    Alcor's counsel provided me with the Device History Records (DHRs) for what I understand to be the first eleven manufactured iSED units.  My understanding is that Alifax's counsel and expert previously have been furnished with this information.  The eleven DHRs (one per iSED device) correlate the iSED device serial number with its date of manufacture and date of sale.  A summary of the salient information from the eleven DHRs is provided in the table below:

| DHR Bates No. | Instrument Serial Number | Instrument Date of Manufacture | Instrument Date of Sale |
|---|---|---|---|
| ALCOR-0092441 | 00007 | 2013-06 | 2013-06-28 |
| ALCOR-0092468 | 00008 | 2013-05 | 2013-04-11 |
| ALCOR-0092486 | 00009 | 2013-02 | 2013-03-28 |
| ALCOR-0092518 | 00010 | 2013-03 | 2013-03-28 |
| ALCOR-0092543 | 00011 | 2013-02 | 2013-03-28 |
| ALCOR-0092584 | 00012 | 2013-02 | 2013-03-28 |
| ALCOR-0092608 | 00013 | 2013-04 | 2015-01-06 |
| ALCOR-0092629 | 00017 | 2013-04 | 2014-03-04 |
| ALCOR-0092662 | 00018 | 2013-04 | 2016-08-16 |
| ALCOR-0092682 | 00022 | 2013-05 | 2013-05-29 |
| ALCOR-0092710 | 00025 | 2013-05 | 2014-07-07 |

62.    From the DHRs that I reviewed, the earliest iSED instrument date of manufacture was February 2013.  By this time, as explained earlier in this report, the iSED code had already changed[15] such that of the four indices identified by Alifax in its copyright claim:

---

[15] This would be commit 3741ffe on Jan. 28, 2013.

HIGHLY CONFIDENTIAL −SOURCE CODE

- Two of the values (1.9 and 2.2) are not in Alcor's code; and

- The need for and source of the other two values that remained (3 and 1000) are driven by the mathematics of the ESR calculation, and the sensor output and integral calculation that feeds into the ESR calculation.

63.     To further corroborate my analysis, I also reviewed the code in Alcor's "112-03-005_Operative" repository first made available to me after it was provided to Dr. Bergeron on January 23, 2019.  The earliest commit to this repository was on October 19, 2015, and, as of March 5, 2019, the most recent commit was on February 28, 2019.

64.     I understand that Alcor has transferred to a new manufacturer for its reading cell, and that the "112-03-005_Operative" repository contains code that is under active development, including changes to accommodate the new manufacturer of the same reading cell.

65.     The repository was created with the same version of iSED_MATH.C as the current operative version of Alcor's iSED source code.

66.     On January 22, 2019, with commit "1c41e121," the ESR conversion algorithm in file iSED_MATH.C was changed as shown in Figure 8.  Specifically, the ESR calculation coefficients were changed:



*Figure 8: Changes made to ESR conversion algorithm in commit 1c41e121*

67.     The introduction of even the same reading cell, but made by a different manufacturer, necessitate changes to Alcor's indices.  As more data is collected and the characteristics of the reading cell are better understood, the indices continue to be refined and

improved.

68.     In these situations, engineers typically start with something that is working with a previous configuration (in this case, an older reading cell) as a stand-in for the eventual indices, with full understanding that the calculations will not be precise and will need to be adjusted.  The change history in repository 112-03-005_Operative shows this methodology being employed.

69.     These findings are consistent with my opinion that, since the Alcor instruments are comprised of electronics, mechanical engineering and software that differ from the Alifax instruments, the specific constants cited by Dr. Bergeron are, and never were, of any value to Alcor.

70.     Accordingly, it is my opinion to a reasonable degree of scientific and engineering certainty that Alcor is not using and has never used the Alifax indices in its iSED products.

71.     I reserve the right to amend or supplement this report and to rely on additional documents, source code and testimony as I become aware of them should additional material facts or new opinions emerge during future discovery or in testimony.

Dated:  March 14, 2019


_____ / DANIEL SMITH / _____
Daniel Smith

## Exhibit A – Materials Considered

The following is a list of materials considered in forming my opinions, in addition to the materials listed in Exhibit B to my Rebuttal Report:

- Declaration of Bryan Bergeron, M.D. dated April 8, 2018

- Supplemental Expert Report of Bryan Bergeron, M.D. dated March 8, 2019

- Plaintiff's Objection to Defendants' Motion to Compel Production of Source Code dated December 19, 2017

- ALCOR-0070773-0070780

- ALCOR-0075151-0075156

- ALCOR-0091905

- ALCOR-0092093-0092119

- ALCOR-0092248

- ALCOR-0092336-0092337

- ALCOR-0092441

- ALCOR-0092468

- ALCOR-0092486

- ALCOR-0092518

- ALCOR-0092543

- ALCOR-0092584

- ALCOR-0092608

- ALCOR-0092629

- ALCOR-0092662

- ALCOR-0092682

- ALCOR-0092710

- Application of iSED Integrals to Alifax's Alleged Indices

- Alcor iSED source code repositories:

  - 112-03-55_Operative

- Alifax source code repositories:

  - 102 ROLLER 20 (6.50)

  - 195 TEST1

  - 195 TEST1 (6.50)

  - 195 TEST 1 (7.00)

  - 205 ROLLER 10

  - 205 ROLLER10

  - 0804 VES TRACK-JO PLUS

  - 102.Roller20 LC

  - 195.Test1

  - 0205.Roller10

  - 0804.JoPlus

  - 1102.Mec1

# Exhibit B

Application of iSED Integrals to Alifax's Alleged Indices

| ALCOR | |
|---|---|
| Polynomial Coefficients As Of 01-28-13 | |
| Divider | 1000 |
| Offset | 3 |
| X^2 | 0.161468924 |
| X | -1.435669288 |
| B | 6.41194311 |

| ALIFAX | |
|---|---|
| Power Conversion* | |
| Multiplier | 2.2 |
| Divider | 1000 |
| Offset | 3 |
| Power | 1.9 |

| Sample** | Integral iSED | Int/1000-3 | iSED ESR | WG | ALIFAX ESR |
|---|---|---|---|---|---|
| 1 | 16424 | 13.424 | 16 | 20 | 774 |
| 2 | 30177 | 27.177 | 87 | 48 | 2654 |
| 3 | 20056 | 17.056 | 29 | 25 | 1166 |
| 4 | 27566 | 24.566 | 69 | 65 | 2215 |
| 5 | 21751 | 18.751 | 36 | 17 | 1375 |
| 6 | 29386 | 26.386 | 81 | 52 | 2517 |
| 7 | 10340 | 7.34 | 5 | 2 | 289 |
| 8 | 10197 | 7.197 | 4 | 5 | 281 |
| 9 | 11805 | 8.805 | 6 | 5 | 386 |
| 10 | 31222 | 28.222 | 95 | 76 | 2839 |
| 11 | 18519 | 15.519 | 23 | 18 | 991 |
| 12 | 23598 | 20.598 | 45 | 20 | 1622 |
| 13 | 19221 | 16.221 | 26 | 16 | 1069 |
| 14 | 22228 | 19.228 | 39 | 12 | 1437 |
| 15 | 20470 | 17.47 | 31 | 10 | 1216 |
| 16 | 18039 | 15.039 | 21 | 11 | 939 |
| 17 | 25755 | 22.755 | 57 | 37 | 1934 |
| 18 | 11418 | 8.418 | 6 | 6 | 359 |
| 19 | 28826 | 25.826 | 77 | 30 | 2422 |
| 20 | 11550 | 8.55 | 6 | 6 | 368 |
| 21 | 14637 | 11.637 | 12 | 10 | 609 |
| 22 | 31446 | 28.446 | 96 | 42 | 2880 |
| 23 | 37414 | 34.414 | 130 | 100 | 4062 |
| 24 | 17720 | 14.72 | 20 | 8 | 905 |
| 25 | 12261 | 9.261 | 7 | 13 | 418 |
| 26 | 28005 | 25.005 | 71 | 46 | 2286 |
| 27 | 14711 | 11.711 | 12 | 7 | 615 |
| 28 | 31589 | 28.589 | 97 | 58 | 2906 |
| 29 | 14753 | 11.753 | 12 | 16 | 619 |
| 30 | 14903 | 11.903 | 12 | 22 | 632 |
| 31 | 17115 | 14.115 | 18 | 14 | 842 |
| 32 | 31257 | 28.257 | 95 | 56 | 2846 |
| 33 | 39113 | 36.113 | 130 | 126 | 4433 |
| 34 | 15909 | 12.909 | 15 | 15 | 724 |
| 35 | 31427 | 28.427 | 96 | 55 | 2877 |
| 36 | 31210 | 28.21 | 94 | 40 | 2837 |
| 37 | 29615 | 26.615 | 83 | 100 | 2556 |
| 38 | 13573 | 10.573 | 9 | 8 | 519 |
| 39 | 17431 | 14.431 | 19 | 9 | 875 |
| 40 | 16571 | 13.571 | 17 | 9 | 788 |
| 41 | 18559 | 15.559 | 23 | 15 | 995 |
| 42 | 9490 | 6.49 | 4 | 2 | 240 |
| 43 | 23685 | 20.685 | 46 | 52 | 1634 |
| 44 | 12842 | 9.842 | 8 | 6 | 462 |
| 45 | 19336 | 16.336 | 26 | 57 | 1082 |
| 46 | 14523 | 11.523 | 11 | 22 | 599 |
| 47 | 22271 | 19.271 | 39 | 22 | 1443 |
| 48 | 17636 | 14.636 | 20 | 7 | 896 |
| 49 | 9459 | 6.459 | 4 | 3 | 238 |
| 50 | 14920 | 11.92 | 12 | 4 | 633 |

HIGHLY CONFIDENTIAL

OUTSIDE ATTORNEYS OF RECORD ONLY

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 51 | 21037 | 18.037 | 33 | 20 | | 1285 | |
| 52 | 14357 | 11.357 | 11 | 10 | | 584 | |
| 53 | 16543 | 13.543 | 17 | 15 | | 785 | |
| 54 | 23580 | 20.58 | 45 | 48 | | 1619 | |
| 55 | 29110 | 26.11 | 79 | 31 | | 2470 | |
| 56 | 11937 | 8.937 | 6 | 11 | | 395 | |
| 57 | 18036 | 15.036 | 21 | 9 | | 938 | |
| 58 | 20092 | 17.092 | 29 | 65 | | 1170 | |
| 59 | 16608 | 13.608 | 17 | 15 | | 792 | |
| 60 | 23017 | 20.017 | 42 | 37 | | 1542 | |
| 61 | 11157 | 8.157 | 5 | 5 | | 341 | |
| 62 | 10632 | 7.632 | 5 | 7 | | 308 | |
| 63 | 11893 | 8.893 | 6 | 28 | | 392 | |
| 64 | 20027 | 17.027 | 29 | 26 | | 1163 | |
| 65 | 19555 | 16.555 | 27 | 8 | | 1108 | |
| 66 | 6410 | 3.41 | 3 | 2 | | 97 | |
| 67 | 23497 | 20.497 | 45 | 25 | | 1608 | |
| 68 | 25548 | 22.548 | 56 | 25 | | 1902 | |
| 69 | 32113 | 29.113 | 101 | 48 | | 3003 | |
| 70 | 32429 | 29.429 | 104 | 75 | | 3061 | |
| 71 | 17725 | 14.725 | 20 | 19 | | 905 | |
| 72 | 21984 | 18.984 | 37 | 20 | | 1405 | |
| 73 | 3764 | 0.764 | 5 | 4 | | 24 | |
| 74 | 18014 | 15.014 | 21 | 15 | | 936 | |
| 75 | 13456 | 10.456 | 9 | 12 | | 510 | |
| 76 | 28473 | 25.473 | 75 | 30 | | 2363 | |
| 77 | 24997 | 21.997 | 53 | 43 | | 1821 | |
| 78 | 29029 | 26.029 | 78 | 48 | | 2456 | |
| 79 | 23783 | 20.783 | 46 | 45 | | 1647 | |
| 80 | 15620 | 12.62 | 14 | 12 | | 697 | |
| 81 | 17763 | 14.763 | 20 | 6 | | 909 | |
| 82 | 21950 | 18.95 | 37 | 35 | | 1401 | |
| 83 | 21931 | 18.931 | 37 | 35 | | 1398 | |
| 84 | 22742 | 19.742 | 41 | 20 | | 1505 | |
| 85 | 13785 | 10.785 | 10 | 10 | | 536 | |
| 86 | 21956 | 18.956 | 37 | 23 | | 1402 | |
| 87 | 15689 | 12.689 | 14 | 10 | | 703 | |
| 88 | 8650 | 5.65 | 3 | 3 | | 195 | |
| 89 | 15936 | 12.936 | 15 | 9 | | 727 | |
| 90 | 17627 | 14.627 | 20 | 8 | | 895 | |
| 91 | 13283 | 10.283 | 9 | 5 | | 496 | |
| 92 | 19476 | 16.476 | 27 | 15 | | 1098 | |
| 93 | 22595 | 19.595 | 40 | 22 | | 1485 | |
| 94 | 9227 | 6.227 | 4 | 10 | | 225 | |
| 95 | 18960 | 15.96 | 25 | 20 | | 1040 | |
| 96 | 21084 | 18.084 | 33 | 20 | | 1291 | |
| 97 | 40359 | 37.359 | 130 | 116 | | 4715 | |
| 98 | 20548 | 17.548 | 31 | 20 | | 1225 | |
| 99 | 18738 | 15.738 | 24 | 14 | | 1015 | |
| 100 | 34381 | 31.381 | 120 | 41 | | 3437 | |
| 101 | 17394 | 14.394 | 19 | 3 | | 871 | |
| 102 | 15260 | 12.26 | 13 | 5 | | 664 | |
| 103 | 17547 | 14.547 | 20 | 16 | | 887 | |
| 104 | 19422 | 16.422 | 26 | 11 | | 1092 | |

HIGHLY CONFIDENTIAL                                                                 OUTSIDE ATTORNEYS OF RECORD ONLY

**Application of iSED Integrals to Alifax's Alleged Indices**

| | | | | | | |
|---|---|---|---|---|---|---|
| 105 | 37596 | 34.596 | 130 | 71 | 4101 | |
| 106 | 11328 | 8.328 | 6 | 7 | 353 | |
| 107 | 13363 | 10.363 | 9 | 12 | 502 | |
| 108 | 32977 | 29.977 | 108 | 47 | 3165 | |
| 109 | 13335 | 10.335 | 9 | 6 | 500 | |
| 110 | 35551 | 32.551 | 130 | 55 | 3672 | |
| 111 | 19404 | 16.404 | 26 | 3 | 1090 | |
| 112 | 22091 | 19.091 | 38 | 12 | 1419 | |
| 113 | 14246 | 11.246 | 11 | 9 | 575 | |
| 114 | 9492 | 6.492 | 4 | 7 | 240 | |
| 115 | 19159 | 16.159 | 25 | 8 | 1062 | |
| 116 | 34851 | 31.851 | 124 | 40 | 3531 | |
| 117 | 18512 | 15.512 | 23 | 16 | 990 | |
| 118 | 19534 | 16.534 | 27 | 16 | 1105 | |
| 119 | 20235 | 17.235 | 30 | 8 | 1187 | |
| 120 | 8630 | 5.63 | 3 | 3 | 194 | |
| 121 | 20869 | 17.869 | 32 | 45 | 1264 | |
| 122 | 10830 | 7.83 | 5 | 9 | 320 | |
| 123 | 3654 | 0.654 | 6 | 1 | 22 | |
| 124 | 14910 | 11.91 | 12 | 5 | 633 | |
| 125 | 17109 | 14.109 | 18 | 19 | 842 | |
| 126 | 34679 | 31.679 | 123 | 79 | 3496 | |
| 127 | 19911 | 16.911 | 28 | 20 | 1149 | |
| 128 | 32551 | 29.551 | 105 | 67 | 3084 | |
| 129 | 34109 | 31.109 | 118 | 52 | 3384 | |
| 130 | 9028 | 6.028 | 4 | 5 | 214 | |
| 131 | 6208 | 3.208 | 3 | 5 | 90 | |
| 132 | 28071 | 25.071 | 72 | 90 | 2297 | |
| 133 | 30715 | 27.715 | 91 | 27 | 2749 | |
| 134 | 31493 | 28.493 | 97 | 85 | 2889 | |
| 135 | 27150 | 24.15 | 66 | 26 | 2149 | |
| 136 | 20799 | 17.799 | 32 | 18 | 1256 | |
| 137 | 25235 | 22.235 | 54 | 15 | 1856 | |
| 138 | 37530 | 34.53 | 130 | 70 | 4087 | |
| 139 | 14701 | 11.701 | 12 | 5 | 614 | |
| 140 | 16688 | 13.688 | 17 | 17 | 800 | |
| 141 | 10606 | 7.606 | 5 | 7 | 306 | |
| 142 | 21284 | 18.284 | 34 | 36 | 1316 | |
| 143 | 19050 | 16.05 | 25 | 39 | 1050 | |
| 144 | 29861 | 26.861 | 84 | 70 | 2599 | |
| 145 | 6584 | 3.584 | 3 | 5 | 103 | |
| 146 | 8030 | 5.03 | 3 | 5 | 164 | |
| 147 | 34588 | 31.588 | 122 | 76 | 3478 | |
| 148 | 23107 | 20.107 | 43 | 10 | 1554 | |
| 149 | 20524 | 17.524 | 31 | 18 | 1222 | |
| 150 | 23917 | 20.917 | 47 | 30 | 1666 | |
| 151 | 13661 | 10.661 | 9 | 7 | 526 | |
| 152 | 13869 | 10.869 | 10 | 20 | 543 | |
| 153 | 36464 | 33.464 | 130 | 122 | 3861 | |
| 154 | 16354 | 13.354 | 16 | 12 | 767 | |
| 155 | 25683 | 22.683 | 57 | 37 | 1923 | |
| 156 | 27870 | 24.87 | 71 | 37 | 2264 | |
| 157 | 24529 | 21.529 | 50 | 36 | 1753 | |
| 158 | 22468 | 19.468 | 40 | 10 | 1469 | |
| 159 | 26460 | 23.46 | 62 | 40 | 2041 | |
| 160 | 21895 | 18.895 | 37 | 27 | 1394 | |
| 161 | 25495 | 22.495 | 56 | 26 | 1895 | |

\*  Supplemental Report of Bryan Bergeron, M.D., at para. 4.
\*\* ALCOR-0091905

**HIGHLY CONFIDENTIAL**                                                    **OUTSIDE ATTORNEYS OF RECORD ONLY**