# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

ALIFAX HOLDING SPA,

       Plaintiff,

    v.

ALCOR SCIENTIFIC INC. and
FRANCESCO A. FRAPPA,

      Defendants.

C.A. No. 14-440-S

## SUPPLEMENTAL REBUTTAL EXPERT REPORT OF DANIEL SMITH

## HIGHLY CONFIDENTIAL –SOURCE CODE

HIGHLY CONFIDENTIAL –SOURCE CODE

## TABLE OF CONTENTS

**PAGE**

**Introduction**................................................................................................................1

**Summary of Opinions**................................................................................................1

**Qualifications and Experience** ................................................................................1

**Materials Considered**...............................................................................................3

**Exhibits** .....................................................................................................................4

**Background** ...............................................................................................................4

**Alleged Copyright Infringement** .............................................................................7

**Exhibit A – Materials Considered**

**Exhibit B -  Application of iSED Integrals to Alifax's Alleged Indices**

## INTRODUCTION

1.      I, Daniel Smith, have been retained in this matter by counsel for Alcor Scientific, Inc. ("Alcor") and Francesco A. Frappa ("Frappa") to rebut the expert report of Dr. Bryan Bergeron (the "Bergeron Report") concerning Alifax Holding SpA's ("Alifax") allegations of copyright infringement.

2.      On November 30, 2017, I issued an expert report in this matter (the "Rebuttal Report").  At the time that I issued the Rebuttal Report, Alifax had made only select portions of its source code for its ESR devices available for my inspection and had not made any of its build scripts, makefiles, linker command files, or version control files available to me.  *See* Rebuttal Report at ¶¶ 19-22.

3.      On February 21 and February 22, 2019, after four prior attempts to review Alifax's complete source code,[1] Alifax first made available for my inspection what it represents to be its complete source code for its ESR devices.  Therefore, at the request of counsel, I have updated the analyses and opinions presented in my Rebuttal Report to consider the additional information I inspected, as reflected herein.

4.      In addition, this past Friday, on March 8, 2019, Dr. Bergeron issued a Supplemental Expert Report.  I rebut those opinions herein.

5.      In preparing this report, I have employed methods and analyses of a type reasonably relied upon by experts in my field in forming opinions or inferences on the subject. The opinions expressed are based upon a reasonable degree of engineering certainty.

6.      The opinions I provide herein are my own and are based on my independent review and on my education, experience, training, and skill accumulated in the practice of engineering.  Between now and such time that I may be asked to testify at deposition and/or trial, I expect to continue my review, evaluation, and analysis.

7.      I expressly reserve the right to amend or supplement this report, as appropriate, based on additional material information that may become available or result from our continuing investigation.

8.      I am explicitly incorporating by reference the Rebuttal Report, and continue to

---

[1] I previously reviewed excerpts of Alifax's source code on November 16, 2017, February 23, 2018, February 28, 2018, and January 21, 2019.  Alifax did not make its complete source code available to me on any of these occasions.

HIGHLY CONFIDENTIAL –SOURCE CODE

express the opinions in the Rebuttal Report as true based on fundamental engineering principles outlined therein.

## SUMMARY OF OPINIONS

9.      It is my opinion that the source code used in Alcor's iSED ESR analyzers does not include the so-called Alifax "conversion algorithm" that consists of four indices.   I have not seen evidence that Alcor ever sold an iSED analyzer that incorporated the so-called Alifax conversion indices.   In fact, Alcor's assertion that it never sold a product with the Alifax conversion indices is supported by Alcor's own Bitbucket version control repository.

10.     The Alifax conversion indices are device-specific and would not work in any iSED device, which has different hardware, software and firmware.

11.     Alifax modified its own conversion indices in connection with its introduction of ESR analyzers with different hardware, further demonstrating the device-specific nature of the conversion indices.  This occurred in 2013, well after Mr. Frappa resigned from Sire.

## QUALIFICATIONS AND EXPERIENCE (UPDATES SINCE REBUTTAL REPORT)

12.     Since November 30, 2017, other than in this case, I have testified as an expert as follows:

- Testimony at deposition and trial in SOCAL DIESEL INC. vs. EXTRASENSORY SOFTWARE, Case No. BC597857
- Testimony at deposition in Derive Power, LLC et al. v. EZ LYNK  *et al.,* Case No. 2:16-cv-01066

## MATERIALS CONSIDERED

13.     I have attached as Exhibit A a list of materials that I considered and/or relied upon in reaching my opinions, in addition to the materials listed in Exhibit B to my Rebuttal Report.

## EXHIBITS

14.     At trial or any other proceeding in this case, I may provide and rely on visual aids and demonstrative exhibits to demonstrate basic principles of practical mechanical design and implementation.  In addition, I may provide and rely on aids and demonstratives, such as charts,

2

HIGHLY CONFIDENTIAL –SOURCE CODE

models or videos, to demonstrate my opinions and the bases for them. I have not yet selected which specific exhibits I may use, although the source code and images identified and incorporated within my reports, in whole or in part, may be exhibits.   I reserve the right to rely on exhibits in the future not discussed herein.

## BACKGROUND

15.    On January 29, 2019, at the office of Hinckley Allen in Providence, I reviewed what I consider to be an incomplete production of Alifax's ESR instrument source code, based on my understanding of the Court Order.  The code I reviewed was separated into directories named as follows:

- **JO_PLUS_before_CVS**
- **Jo-Plus_CVS**
- **Jo-Plus_SVN**
- **MEC1**
- **Roller 10_before_CVS**
- **Roller 10_CVS**
- **Roller 10_SVN**
- **RollerLC_before_CVS**
- **RollerLC_CVS**
- **RollerLC_SVN**
- **Test1_before_CVS**
- **Test1_CVS**
- **Test1_SVN**

16.    On February 21 and February 22, 2019, I returned to Providence and reviewed the following source code repositories for Alifax's ESR instruments[2]:

| Name | Type | Product | First Commit | Last Commit |
|---|---|---|---|---|
| 102 ROLLER 20 (6.50) | CVS | Roller 20 LC | 2011-06-20 | 2011-11-02 |
| 195 TEST1 | CVS | Test1 | 2007-10-31 | 2007-12-11 |
| 195 TEST1 (6.50) | CVS | Test1 | 2008-02-12 | 2012-09-14 |
| 195 TEST1 (7.00) | CVS | Test1 | 2008-02-12 | 2009-10-07 |
| 205 ROLLER 10 | CVS | Roller 10,10PN,20PN | 2008-02-12 | 2009-10-07 |
| 205 ROLLER10 | CVS | Roller 10,10PN,20PN | 2007-10-26 | 2011-10-07 |

---

[2] A source code repository is essentially a database that holds every change to every version of a project's source code files.  As the code evolves, developers "commit" source code changes into the repository, which are time/date stamped.

| 0804 VES TRACK-JO PLUS | CVS | Jo Plus | 2009-04-03 | 2013-11-06 |
|---|---|---|---|---|
| 102.Roller20 LC | SVN | Roller 20 LC | 2014-10-16 | 2018-11-22 |
| 195.Test1 | SVN | Test 1 | 2014-07-31 | 2018-12-20 |
| 0205.Roller10 | SVN | Roller 10,10PN,20PN | 2013-06-25 | 2018-11-06 |
| 0804.JoPlus | SVN | Jo Plus | 2013-12-13 | 2018-04-04 |
| 1102.Mec1 | SVN | Roller 20MC | 2013-05-13 | 2018-02-02 |

17.     I have also examined source code produced by Alcor. On January 23, 2019, Dr. Bergeron reviewed Alcor source code repositories through Bitbucket.  Thereafter, in addition to the Alcor source code versions identified in my Rebuttal Report, I reviewed Alcor source code contained in the following Alcor Bitbucket repositories:

| Name | First Commit | Last Commit |
|---|---|---|
| 112-03-55_Operative | 2015-10-19 | 2019-02-28 |
| iSED-4 | 2012-12-01 | 2013-11-19 |

18.     As part of my analysis, I have read and analyzed source code and related documents that have been produced.  I have also compared various versions of source code.

## ALLEGED COPYRIGHT INFRINGEMENT

19.     In Dr. Bergeron's Supplemental Report, he claims that "at least four iSED instruments were sold that contained the Alifax conversion algorithm." (¶ 9.)  Specifically, Dr. Bergeron contends that the constants 2.2, 1000, -3 and ^1.9 are copied (where the carat symbol "^" is used to denote use of the constant as an exponent).

20.     In his Supplemental Report, Dr. Bergeron did not cite to Alcor's version control repository, Bitbucket, that demonstrates the state of the source code immediately prior to the sale of the first iSED unit in March 2013.  That information, alone and in combination with the device history record (the "DHR") for each of the four accused units, demonstrates that the conclusions reached by Dr. Bergeron are unsubstantiated.

21.     Alifax represents in this litigation that the conversion indices used in its devices to calculate ESR has not changed in any material way since Frappa left Alifax in late 2011.[3]

---

[3] Specifically, "Plaintiff's Objection to Defendants' Motion to Compel Production of Source Code," filed December 19, 2017 [Dkt. No. 109].

HIGHLY CONFIDENTIAL –SOURCE CODE

22. During my recent analysis of Alifax's source code, both in the CVS and SVN repositories, I found the four indices cited by Dr. Bergeron in multiple places:

| Product | Repository | Bates number(s) | Line(s) |
|---|---|---|---|
| Roller 20 LC | 102 ROLLER 20 (6.50) | ALFX027636 | 157-9 |
| Roller 10,10PN,20PN | 205 ROLLER10 | ALFX027780, ALFX207782 | {2.2}, {1000,3,1.9}[4] |
| Jo Plus | 0804 VES TRACK-JO PLUS | N/A[5] | N/A |
| Roller 20 LC | 102.Roller20 LC | ALFX027700, ALFX027201 | 83; 157-9 |
| Test 1 | 195.Test1 | ALFX027694, ALFX027697 | 133-5; 97-98 & 111-120 |
| Roller 10,10PN,20PN | 0205.Roller10 | ALFC027691 | 440-2 |
| Jo Plus | 0804.JoPlus | ALFX027672, ALFX027673 | 382;440-2 |
| Roller 20MC | 1102.Mec1 | ALFX027658, ALFX027660 | 306;386-8 |

23. The iSED uses a photometer to detect a physical phenomenon, and uses an analog to digital convertor ("ADC") to convert the photometer analog signal to a numerical value to be further manipulated by a digital computer. Stated another way, the iSED measures the light transmission of a blood sample as a function of time. This measured transmission is then converted into a digital value by the ADC. A series of these digital measurements, taken at precise time intervals, is collected and then processed in order to correlate to a value for ESR.

24. Both the resolution and the meaning of the sampled ADC reading depend on the design of the system, and specifically on the electronics and mechanical engineering of a system. The software, which initiates and collects the readings, processes the readings in an application-specific manner. Any change to the electronics, the mechanical engineering or the software can result in different values read by the ADC, even when sampling the same physical system.

25. As a result, I would anticipate that any changes to the electronics, mechanical engineering or software of Alifax's ESR instruments would necessitate changes to the indices that are used in connection with an algorithm to calculate a value for ESR.

26. Consistent with this expectation, I found that as time passed, the conversion indices in some of the Alifax ESR devices incorporated adjustments to the ESR calculation. I

---

[4] ALFX027780 and ALFX-027782 (reflecting CVS repository "205 ROLLER10") were not printed with line numbers, so the constants found on the page are listed in the line number column.
[5] I did not find the constants cited by Dr. Bergeron in Alifax's Jo Plus CVS repository.

**HIGHLY CONFIDENTIAL –SOURCE CODE**

found these adjustments in Alifax SVN repositories, all of which were created and maintained after Mr. Frappa had left Alifax in late 2011.[6]  My understanding is that after Mr. Frappa left, the "Mecca project," as Alifax calls it, was temporarily suspended, and then subsequently re-started and completed, followed by the incorporation of the plastic capillary photometric sensor ("CPS") into Alifax's ESR instruments (Alifax's Second Amended and Supplemental Complaint, paragraph 29).

27.    In the original indices used in connection with a known algorithm that is used to calculate an ESR value based on integrating a series of samples, the constants 2.2 and 1000 comprise a "scaling value," effectively reducing the calculated integral to 0.22% of its original value.    What I discovered is that as time passed, Alifax changed its ESR calculation to incorporate additional adjustments to the integral value.

28.    In Alifax's SVN source code repositories for Jo Plus, Roller 20 MC, Roller 10 PN and Roller 20 PN, the integral term was multiplied by a value of 0.94447.  All of these changes were introduced after Mr. Frappa's departure in late 2011 (as shown earlier in this report, all SVN repositories date to no earlier than 2013).

29.    Taking the Roller 20 MC product family as an example, a series of adjustments were made to the ESR calculation over time.[7]  The source code indicates the changes pertained to the "MECCA CPS," which I understand to be a new CPS reading cell.

30.    Furthermore, in addition to the calculation adjustments made in the source code described above, I found that the conversion indices also contained an additional adjustment.  In the Alifax source code, this adjustment typically has the name "correttore" ("corrector") or "booster."  This "corrector" value is applied to the calculated integral in order to adjust the calculated integral value.  The corrector is passed in as a parameter to the source code function that calculates the ESR value from the integral.  Depending on the origin of the corrector's value,

---

[6] The oldest SVN repository, "0205.Roller10," was created on June 25, 2013.  All other Alifax SVN repositories were created at later dates.

[7] ALFX027687, ALFX027685, ALFX027683, ALFX027681, ALFX027647.

it could be a common value for all devices in a family (e.g. Jo Plus), or it could be highly specific to each individual instrument's assembly and calibration (e.g. Test1 unit with serial number 5535). Of all the hundreds of millions of possible values the corrector could take on, there is exactly one value (1.000) that would **not** result in an adjustment. Applying my experience in designing electronic systems with sensors, I believe that the role of the "corrector" or "booster" is to adjust the calculated value in each unit during an ESR measurement.

31. There is a second reason for my opinion about the corrector: to simply multiply a value by 1.0 has no effect on the value, and yet the calculation would consume program memory, data memory, processing cycles and manpower to write and maintain the code. In my experience, engineering organizations do not frivolously waste such resources writing code unless it has a purpose. Thus, I believe the role of the corrector or booster parameter, regardless of its source, is to further adjust the calculated integral value.

32. Examples of Alifax source code using this "corrector" or "booster" are provided in the table below:

| Product | Bates, {line} | Corrector / booster parameter name |
|---|---|---|
| Roller 20 | ALFX027636 {150} | "correttore" |
| Roller 20MC | ALFX027647, {349} | "booster1" |
| Jo Plus | ALFX027672, {416} | "booster1" |
| Roller 10 | ALFX027691, {416} | "booster1" |
| Test1 ("old CPU") | ALFX027694, {116} | "correttore" |
| Test1 ("Protech CPU") | ALFX027697, {98} | "correttore" |
| Roller 20 LC | ALFX027701, {150} | "correttore" |

33. These findings are consistent with my opinion that, since the Alcor instruments are comprised of electronics, mechanical engineering and software that differ from the Alifax instruments, the specific constants cited by Dr. Bergeron will not yield meaningful results on Alcor instruments.

34. Dr. Bergeron also alleges in his Supplemental Report that two iSED units, nos. 10 and 11, had "version 1.04A" installed and it "appears highly likely" that two other iSED units, nos. 9 and 12, "contained the same software version, 1.04A." (¶ 8.)

**HIGHLY CONFIDENTIAL –SOURCE CODE**

35.      Dr. Bergeron's speculation is contradicted by Alcor's own iSED-4 source code repository.   Dr. Bergeron had access to this repository.   Alcor's iSED code in Bitbucket repository "iSED-4" identifies the introduction of the name "01.04A" to the firmware (file SYSTEM.H, line 14, commit "c37908e," dated March 24, 2013).

36.      The following figures show: (a) the dated revision history of SYSTEM.H (Figure 1); (b) commit 924ee3e of SYSTEM.H, dated 2013-03-08, with no version name (Figure 2); and (c) commit c39708e of SYSTEM.H, dated 2013-03-24, with version naming "01.04A" (Figure 3).



*Figure 1: Revision history of SYSTEM.H*

**HIGHLY CONFIDENTIAL –SOURCE CODE**



*Figure 2: Commit 924ee3e of SYSTEM.H, dated 2013-03-08, showing no version name*



*Figure 3: Commit c39708e of SYSTEM.H, dated 2013-03-24, showing introduction of version name (line 14)*

37.     The "iSED-4" repository also contains a file named "iSED_MATH.c".   This

**HIGHLY CONFIDENTIAL – SOURCE CODE**

source file contains the code that performs the ESR calculations.

38.     "iSED_MATH.c" was first added into the repository on December 1, 2012, via commit "ec26496."[8]  This version of the file was not used in connection with any of the iSED instruments that were manufactured and sold.[9]  The commit "3741ffe" is dated January 28, 2013 and does not contain the so-called Alifax conversion indices.  The coefficients used in the first Alcor iSED units, which were manufactured *after* January 28, 2013, contained Alcor-specific coefficients and not the Alifax indices.  Dr. Bergeron had access to the version control repository and printed a screenshot demonstrating the multiple commits that modified the iSED_MATH.c file (see ALCOR-0092248) prior to the date of first manufacture of an iSED for sale, yet did not address any of the commits in opining as to the contents of the iSED_MATH.c file for version 1.04A of Alcor's source code.

39.     A brief history of the commits that preceded the first production iSED is instructive.  The December 01, 2012 commit, "ec26496," of iSED_MATH.c pre-dates the March 24, 2013 introduction of version 01.04A's label in SYSTEM.H (Bitbucket commit "c37908e"), as described above.

40.     The next commit, "50bfdc7", on December 13, 2012, shows the integral being multiplied by a factor of 1.6, and still being divided by a value of 6.  As of this commit, the constant ■ was no longer part of the calculation.[10]

---

[8] Every time one or more changes to source code are made in Bitbucket, they are time-stamped and given a unique identifier, such as "ec26496."  Each such set of changes is called a "commit," as the changes are permanently committed to the revision control system.

[9] Discussions with Mr. Frappa, along with contents and dates of source code revisions in Alcor's Bitbucket repository.

[10] Line 135 shows the calculation involving the ■ term commented out, which is a way of de-activating code.

**HIGHLY CONFIDENTIAL –SOURCE CODE**



*Figure 2: Commit 50bfdc7 of Alcor's iSED_MATH.c*

41.    The next commit, "3741ffe," on January 28, 2013, marks the point in time where the constants ▮▮▮▮▮▮ are removed forever from the ESR calculation.  Instead, the code on lines 153-5 shows calculation using floating point math and constants with 15 digits of precision (e.g. ▮▮▮▮▮▮▮▮▮ on line 153).



*Figure 3: Commit 3741ffe of Alcor's iSED_MATH.c, dated 2013-01-28.*

11

**HIGHLY CONFIDENTIAL –SOURCE CODE**

42.    If we label Alcor's integral value line 145 as $i$[11], then Alcor's conversion indices in commit "3741ffe" is effectively[12]:



*Figure 4: Alcor's ESR calculation as of commit 3741ffe*

43.    Comparing Alcor's ESR calculation (Figure 4) to Alifax's ESR calculation in Mr. Duic's declaration (also Figure 1 in my Rebuttal Report), it is clear that the calculations are significantly different.  For example, commit "3741ffe" shows the introduction of Alcor's use of a polynomial equation (lines 151-155) on the integral value to calculate ESR.  I did not find anything remotely similar to this in the Alifax code that performs the ESR calculation.

44.    The presence of the constants ████████ in Alcor's code has a straightforward explanation: the ████████ is used to bring the calculation into a suitable range for calculation on a small microcontroller; and the ████████ is simply to baseline or "zero" the integral values.

45.    The next change to iSED_MATH.c, made in commit "2d8cb21" on February 1, 2013, shows a more sophisticated calculation, a 4th-degree polynomial, on the integral value (lines 168-180).  This change in Alcor's code demonstrates that Alcor continued to refine and improve its ESR calculation during research and development prior to the release of 1.04A.

---

[11] Functionally, the term "$I$" in this equation is analogous to the integral term in Alifax's ESR calculation.
[12] For the sake of brevity, the Alcor algorithm's coefficients have been truncated to 9 decimal places.

**HIGHLY CONFIDENTIAL –SOURCE CODE**



*Figure 5: Commit 2d8cb21 of Alcor's iSED_MATH.C, showing high-precision 4th degree polynomial calculation*

46.     By the time of commit "4d6b4f0" on March 28, 2013, the ESR calculation (lines 251-268) had changed again, yet retained its complex 4th degree polynomial calculation.

47.     My understanding from discussions with Mr. Frappa is that during the period in early 2013 when Alcor's ESR calculation algorithm was being independently developed, the company was collecting more data (blood samples) and analyzing it.  Alcor was seeking to improve and optimize its algorithm such that the readings obtained from its electro-mechanical sampling system could be transformed into an accurate and meaningful ESR value that correlated meaningfully with the industry's well-known Westergren values.

48.     At my direction, a spreadsheet was prepared using the blood sample data collected from Rhode Island Hospital in June 2013 through which the iSED generated integrals corresponding to measurements of red blood cell aggregation.   [ALCOR-0091905] The information in this spreadsheet informed my opinion in this report in at least two different ways.

49.     First of all, the spreadsheet indicates that Alcor was collecting data and was using

HIGHLY CONFIDENTIAL −SOURCE CODE

the data to drive the refinements and improvements to its ESR calculation. Specifically, the spreadsheet shows 161 samples, along with the classic Westergren value for each blood sample in column G and the Alcor integral in column B. This methodology of collecting data to drive algorithm development is consistent with my experience in engineering research and development where data is acquired (the "inputs" to a calculation) and the desired outputs are known (in this case, the actual measured Westergren value). The engineering task is to arrive at an algorithm (or "calculation," or "formula") that is applied to each input and yields a sufficiently accurate output value which is consistent with the desired result (in this case, the Westergren value).

50.     Microsoft Excel provides data analysis tools that can analyze a set of inputs alongside the desired output for each of the inputs, and yield a formula (with calculated coefficients) that performs a best-effort fit to the data.

51.     The most common way this is done in Excel is with the tool's "Trendline" feature, which offers a wide choice of formula types (e.g. power function, polynomial of arbitrary degree, exponential, etc.). Using Excel's Trendline functionality, a user can select different formula types, letting Excel calculate the coefficients, and then the user can observe how closely the tool's derived formula and calculated values match the desired results.[13] Excel's Trendline is commonly used, and Alcor used it to generate its integral to ESR conversion indices, starting with pre-release versions of Alcor software version 1.04A.

52.     The second manner in which the spreadsheet informed my opinion is that it demonstrates, both quantitatively and qualitatively, how the Alifax conversion algorithm yields diagnostically meaningless ESR values when applied to sensor measurements from the Alcor system.

53.     This spreadsheet contains columns for the Alcor integral (column B), Alcor's iSED ESR calculation based on the calculation algorithm in commit 3741ffe dated January 28,

---

[13] This can be done visually (qualitatively) by observing the graphed trendline in Excel, and quantitatively by the R-squared value calculated by Excel. The closer the R-squared value is to 1.00, the better the fit.

**HIGHLY CONFIDENTIAL –SOURCE CODE**

2013 (column E), and an ESR calculation based on Alifax's ESR asserted indices (column I).

54.    In analyzing the data, including the Westergren ESR calculation, the Alcor ESR calculation, and the Alifax ESR calculation,[14] I determined:

- The range of the Westergren ESR values was 1 to 126.
- The range of the ESR values calculated with the Alcor coefficients was 3 to 130.
- The range of the ESR values calculated with the Alifax indices was 22 to 4,715.
- I am informed that Westergren ESR values are expected to be in the range 0-180.  The vast majority of the ESR values calculated using the Alifax conversion algorithm were greater than 180.

55.    First, I graphed the data for the ESR calculations using both the Alcor integrals and the Alcor indices.  In an ideal world, the ESR estimates would align very closely with the Westergren values.  In this case, the measurements would lie on a graph very close to a line indicating a ratio of 1:1.  Also, ideally, measurements would be "above the line" and "below the line" in approximately equal proportions.  The graph for the Alcor ESR values versus the Westergren values is as follows:



*Figure 6: Alcor vs. Westergren values using Alcor calculation from January 28, 2013*

---

[14] Here I mean "Alifax conversion formula applied to Alcor integral alues."

HIGHLY CONFIDENTIAL –SOURCE CODE

56.    In the graph, the blue dots (labeled "Series 1") represent the Alcor value on the X axis, and the Westergren values on the Y axis.  If the values were always identical, the blue dots would all lie on the grey line.  The graph shows that some Alcor values are higher than Westergren, some are lower, and that generally speaking the trend is that as the Alcor value increases, so does the Westergren value.

57.    Next I graphed the data using the Alcor integrals and the Alifax ESR indices versus the Westergren values, with results as follows :



*Figure 7: Alifax vs. Westergren values using Alifax conversion algorithm (Duic declaration, Alcor integral)*

58.    The grey line in Figure 7 represents a 1-to-1 relationship between the Westergren ESR value (Y axis) and the ESR value calculated using the Alcor integrals and Alifax indices (X axis).  The blue dots ("Series 1") represent the actual value calculated using the Alifax indices on the X axis and the calculated Westergren ESR value on the Y axis.  Just as with the previous figure, the closer the blue dots lie to the grey line, the better the formula.  Clearly, the Alifax calculation diverges from the grey line, indicating the Alifax indices, using data from an Alcor ESR instrument, provides diagnostically meaningless results.

16

**HIGHLY CONFIDENTIAL – SOURCE CODE**

59.     The changes to Alcor's conversion indices in late 2012 and early 2013 are consistent with an engineering process of data collection and curve-fitting using a tool like Excel's Trendline functionality.  Over a period of several months, Alcor's ESR conversion indices evolved to use different formulas (e.g. different polynomial degrees) and different coefficients (or "indices") as the coefficients used with the algorithm were refined and improved.

60.     These results demonstrate that the indices used by Alifax in 2011 would not produce accurate, meaningful readings in Alcor's iSED instruments, and contradict Dr. Bergeron's opinion that Alifax indices were used in a saleable iSED device.

61.     Alcor's counsel provided me with the Device History Records (DHRs) for what I understand to be the first eleven manufactured iSED units.  My understanding is that Alifax's counsel and expert previously have been furnished with this information.  The eleven DHRs (one per iSED device) correlate the iSED device serial number with its date of manufacture and date of sale.  A summary of the salient information from the eleven DHRs is provided in the table below:

| DHR Bates No. | Instrument Serial Number | Instrument Date of Manufacture | Instrument Date of Sale |
|---|---|---|---|
| ALCOR-0092441 | 00007 | 2013-06 | 2013-06-28 |
| ALCOR-0092468 | 00008 | 2013-05 | 2013-04-11 |
| ALCOR-0092486 | 00009 | 2013-02 | 2013-03-28 |
| ALCOR-0092518 | 00010 | 2013-03 | 2013-03-28 |
| ALCOR-0092543 | 00011 | 2013-02 | 2013-03-28 |
| ALCOR-0092584 | 00012 | 2013-02 | 2013-03-28 |
| ALCOR-0092608 | 00013 | 2013-04 | 2015-01-06 |
| ALCOR-0092629 | 00017 | 2013-04 | 2014-03-04 |
| ALCOR-0092662 | 00018 | 2013-04 | 2016-08-16 |
| ALCOR-0092682 | 00022 | 2013-05 | 2013-05-29 |
| ALCOR-0092710 | 00025 | 2013-05 | 2014-07-07 |

62.     From the DHRs that I reviewed, the earliest iSED instrument date of manufacture was February 2013.  By this time, as explained earlier in this report, the iSED code had already changed[15] such that of the four indices identified by Alifax in its copyright claim:

---

[15] This would be commit 3741ffe on Jan. 28, 2013.

17

**HIGHLY CONFIDENTIAL –SOURCE CODE**

- Two of the values (1.9 and 2.2) are not in Alcor's code; and

- The need for and source of the other two values that remained (3 and 1000) are driven by the mathematics of the ESR calculation, and the sensor output and integral calculation that feeds into the ESR calculation.

63.     To further corroborate my analysis, I also reviewed the code in Alcor's "112-03-005_Operative" repository first made available to me after it was provided to Dr. Bergeron on January 23, 2019.  The earliest commit to this repository was on October 19, 2015, and, as of March 5, 2019, the most recent commit was on February 28, 2019.

64.     I understand that Alcor has transferred to a new manufacturer for its reading cell, and that the "112-03-005_Operative" repository contains code that is under active development, including changes to accommodate the new manufacturer of the same reading cell.

65.     The repository was created with the same version of iSED_MATH.C as the current operative version of Alcor's iSED source code.

66.     On January 22, 2019, with commit "1c41e121," the ESR conversion algorithm in file iSED_MATH.C was changed as shown in Figure 8.  Specifically, the ESR calculation coefficients were changed:



*Figure 8: Changes made to ESR conversion algorithm in commit 1c41e121*

67.     The introduction of even the same reading cell, but made by a different manufacturer, necessitate changes to Alcor's indices.  As more data is collected and the characteristics of the reading cell are better understood, the indices continue to be refined and

**HIGHLY CONFIDENTIAL –SOURCE CODE**

improved.

68.     In these situations, engineers typically start with something that is working with a previous configuration (in this case, an older reading cell) as a stand-in for the eventual indices, with full understanding that the calculations will not be precise and will need to be adjusted.  The change history in repository 112-03-005_Operative shows this methodology being employed.

69.     These findings are consistent with my opinion that, since the Alcor instruments are comprised of electronics, mechanical engineering and software that differ from the Alifax instruments, the specific constants cited by Dr. Bergeron are, and never were, of any value to Alcor.

70.     Accordingly, it is my opinion to a reasonable degree of scientific and engineering certainty that Alcor is not using and has never used the Alifax indices in its iSED products.

71.     I reserve the right to amend or supplement this report and to rely on additional documents, source code and testimony as I become aware of them should additional material facts or new opinions emerge during future discovery or in testimony.

Dated:  March 14, 2019


        / DANIEL SMITH /
Daniel Smith