# EXHIBIT 2

# Image Slipsheet

# Document Produced Natively

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

ALCOR-0091905